UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
OCT 19 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | 4:22CR578 RLW/SRW |
| DOUGLAS MOORE, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 11, 2021, in Jefferson County, within the Eastern District of Missouri,

**DOUGLAS MOORE**

the Defendant herein, knowingly received and possessed a destructive device, as defined by Title 18, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney